IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    1:24-cr-00252-NYW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RYAN L. ULIBARRI,

        Defendant.

_____

**GOVERNMENT'S NOTICE OF RELATED CASES**
_____

    The United States respectfully notifies the Court that the above captioned case is related to *United States v. Larry Conner et al.*, 23-CR-390-RMR (D. Colo.). In that case, defendants Larry Conner, Timothy McPhee, Marcia Predmore, Roderick Prescott, Suzanne Thompson, and Weldon Wulstein are charged with conspiring to defraud the United States by promoting, selling, and implementing a fraudulent tax shelter nationwide (hereinafter, the "Abusive-Trust Tax Shelter"). Additionally, defendants Larry Conner, Timothy McPhee, Suzanne Thompson, and Weldon Wulstein are charged with aiding in the preparation and presentation to the Internal Revenue Service (IRS) of false individual income tax returns for clients who purchased and used the Abusive-Trust Tax Shelter. One of those clients, Ryan Ulibarri, is the subject of this case.

    Here, defendant Ryan Ulibarri is charged with multiple counts of tax evasion related to his personal use of the Abusive-Trust Tax Shelter to conceal from the IRS the

1

vast majority of income he earned from 2017 through 2022. Because of the substantial overlap of the cases, the Government submits this notice for the Court's awareness and consideration for purposes of assignment of cases pursuant to D.C.COLO.LCrR 50.1. The interests of efficiency for the parties and judicial economy may be served by the assignment of both cases to a single judicial officer. The Government respectfully informs the Court as follows:

    1.    On September 6, 2023, the grand jury returned under seal a fifteen-count indictment charging Larry Conner ("Conner"), Timothy McPhee ("McPhee"), and Marcia Predmore ("Predmore") with federal tax crimes. *See United States v. Larry Conner et al.*, 23-CR-390-RMR (D. Colo.), ECF No. 1. Specifically, the indictment charged Conner and McPhee with conspiring to defraud the United States in violation of 18 U.S.C. § 371 by promoting, selling, and implementing the Abusive-Trust Tax Shelter (Count 1). The indictment further charged Conner and McPhee with eight counts of aiding and assisting in the preparation of materially false tax returns filed on behalf of certain taxpayers who used the Abusive-Trust Tax Shelter (Counts 2–9). Those taxpayers included, among others, Ryan Ulibarri ("Ulibarri") (Count 8). The indictment also charged McPhee and Predmore, a married couple, with six counts of tax evasion based on their use of the Abusive-Trust Tax Shelter to conceal income from the IRS and avoid paying taxes on income earned (Counts 10–15).

    2.    On April 24, 2024, the grand jury returned a superseding indictment in *United States v. Larry Conner et al.*, 23-CR-390-RMR (D. Colo.). The superseding indictment charges that Predmore, Roderick Prescott, Suzanne Thompson

("Thompson"), and Weldon Wulstein ("Wulstein") conspired with Conner and McPhee, in violation of 18 U.S.C. § 371, to promote, sell, and implement the Abusive-Trust Tax Shelter (Count 1). (ECF No. 93.) The superseding indictment also added six counts each of 26 U.S.C. § 7206(2) against Thompson and Wulstein (Counts 2–7), including one count relating to a false individual income tax return filed on behalf of Ulibarri for tax year 2020 (Count 6).

3. The charges in the superseding indictment in *United States v. Larry Conner et al.*, 23-CR-390-RMR (D. Colo.) stem from the defendants' promotion and sale of the Abusive-Trust Tax Shelter to clients nationwide. In short, that superseding indictment alleges that, starting in 2018, the defendants caused false tax returns to be filed on behalf of taxpayers who purchased the fraudulent tax shelter, including Ulibarri, resulting in tens of millions of unpaid federal income taxes.

4. Relatedly, the indictment in this case focuses on Ulibarri's personal use of the Abusive-Trust Tax Shelter to conceal from the IRS millions in income that Ulibarri earned through his dental practice in Fort Collins, Colorado. Specifically, the indictment charges Ulibarri with six counts of tax evasion, in violation of 26 U.S.C. § 7201, relating to tax years 2017 through 2022 (Counts 1–6). According to the indictment, in August 2016, Ulibarri purchased the Abusive-Trust Tax Shelter from Conner for $50,000. During 2017 through 2022, Ulibarri allegedly fraudulently assigned approximately 90% of the income he earned through his dental practice to a series of sham trusts to create the illusion that he did not earn that income. He also hired handpicked tax professionals trained on the Abusive-Trust Tax Shelter, including Thompson and Wulstein, to assist him

in filing false individual income tax returns with the IRS that did not report over $3.5 million in income he assigned to his sham trusts. As a result, Ulibarri caused a loss to the United States of over $1 million in unpaid taxes.

5. The charges in both cases involve voluminous evidence and numerous participants. For example, some evidence regarding Ulibarri's affirmative acts to evade his tax liabilities, such as his communications with the defendants charged in *United States v. Larry Conner et al.*, 23-CR-390-RMR (D. Colo.), will also be part of the proof that Conner, McPhee, Thompson, and Wulstein willfully assisted in the preparation of Ulibarri's false and fraudulent individual income tax return filed with the IRS for tax year 2020.

6. At sentencing in this case and for any defendants charged in *United States v. Larry Conner et al.*, 23-CR-390-RMR (D. Colo.), the applicable judicial officer's factual findings and legal conclusions regarding sentencing factors and application of the United States Sentencing Guidelines are likely to involve consideration of and conclusions on overlapping facts and evidence.

7. Due to the overlapping nature of the conduct at issue in both cases and the voluminous evidence and numerous participants involved in the schemes to use and promote the Abusive-Trust Tax Shelter, the Court's resources may be maximized by assignment of both cases to a single judicial officer.

WHEREFORE, the Government respectfully submits this information to the Court for its consideration.

4

Respectfully,

DAVID A. HUBBERT
Deputy Assistant Attorney General
Department of Justice, Tax Division

*/s/ Amanda R. Scott*
AMANDA R. SCOTT
Trial Attorney
Department of Justice, Tax Division
150 M St. NE
Washington, D.C. 20002
(202) 514-5384
Amanda.R.Scott@usdoj.gov

*/s/ Lauren K. Pope*
LAUREN K. POPE
Trial Attorney
Department of Justice, Tax Division
150 M St. NE
Washington, D.C. 20002
(202) 746-9068
Lauren.K.Pope@usdoj.gov

*Attorneys for the United States*

5