# SMILE HIGH TRUST

***a Irrevocable Trust***

***larimore county***
***territory of Colorado state***
***united states of America***

# SMILE HIGH TRUST

*a Pure Trust Organization in Common Law*

## I. Creation and Declaration of the Trust Organization

**The Creator / Settlor:** The Creator hereof, hereby offers to barter and exchange in trade for equal value, a beneficial interest Trust Certificate for one hundred (100) units, in consideration for certain real and private properties contributed by the Exchanger hereof.

**The Exchange Broker:** The Exchanger hereof, accepts in trade for equal value, the beneficial interest Certificate for one hundred (100) units, in consideration the receipt of which is hereby acknowledged. Further, this Exchanger does hereby barter, assign, exchange, convey, and deliver to this Creator, to hold in trust organization's good name pursuant to the conditions and obligations of this Declaration of Pure Trust Organization in Common Law, as is set forth herein, certain real and private properties consisting of: one (1) desk, and one (1) chair, contributed by this Exchanger, and / or other properties as is to be listed within Schedules A, B, C, etc. Attached hereto within the Trust Minutes.

In equal exchange for the conveyances describe in this instrument, the Exchanger shall redistribute (100) units of beneficial interest Trust Certificate to the Beneficiaries which have been designated herein. Attached within the Trust Minutes

**The First Trustee:** The Creator hereof, hereby constitutes and appoints to this trust organization's Board of Trustees, the First Trustee hereof to be, in fact, a Trustee of this trust organization hereby created, established, and declared. This First Trustee may appoint to this trust organization's Board of Trustees, a Second Trustee, and they in turn may appoint a Third Trustee, and so on, as is necessary for this trust organization's good administration. By virtue of this Declaration of Pure Trust Organization in Common Law, multiple Trustees hereafter shall act collectively as a Board of Trustees, under the heading of this trust organization's good name, of which is hereby designated as:

## SMILE HIGH TRUST

Certain projects contemplated or underway, dealings with various entities, properties, commodities, patents, copyrights, trademarks, credits, equities, formulae, or other lawful business affairs desired by said Board of Trustees, will be immediately assigned, conveyed, and delivered to said First Trustee in trust irrevocable, to act as the absolute proprietor thereof, or if multiple Trustees, to hold and control as joint tenants in fee simple and not as tenants in common.

## SMILE HIGH TRUST

*a Pure Trust Organization in Common Law*

**The Signing**: The acknowledging and signing of this private contract and the appropriate Trust Minute entry thereafter by such appointed Trustees, shall constitute their acceptance of this trust organization and this trust organization's properties, and the resources thereof shall immediately vest in fee simple without any further act of conveyance. This trust organization's name, domicile, situs, and other good and valuable items of consideration will hereby constitute an unincorporated and non-associated Pure Trust Organization within the Common Law venue of:

*larimer territory of Colorado state, united states of America.*

## II. Duration of the Trust Organization

This trust organization shall continue for a period of twenty-four (24) years from the time of the acknowledgement and signing of this private contract, unless however, the Board of Trustees hereafter unanimously determine upon an earlier dissolution. The Board of Trustees may with discretion, because of a threatened depreciation in value, or other good and sufficient reason, liquidate the properties hereunder, distribute the resources thereof, and otherwise dissolve and terminate this trust organization at any earlier time so determined appropriate by them. In such a situation, this organization's resources shall be distributed to the Certificate Holders thereof proportionately in a pro rata manner.

In the event that this private contract or its supporting documents, i.e. Trust Minutes and so forth, were ever to become detrimentally breached or recorded with the Recorder of Deeds or published in the newspaper without the Board of Trustees' approval, then the Board of Trustees shall immediately record with said Recorder of Deeds and / or publish in said newspaper a notice that this trust organization has thereupon ceased activity and is thus thereby officially terminated, and thereupon this trust organization's dissolution, the Trustees hereof shall automatically be discharged. The Board of Trustees, at any time prior to the expiration of this private contract, may renew this private contract, for a like or shorter period of time, if they so believe and desire that this trust organization should continue beyond its allotted period of twenty-four (24) years. A resolution of such renewal of the private contract hereof shall then be entered within the Trust Minutes.

**SMILE HIGH TRUST**

*a Pure Trust Organization in Common Law*

## III. Character and Purpose of the Trust Organization

The purpose of this private contract and its supporting documents is to convey real and private properties to this trust organization, of which is to be held in fee simple by the First Trustee, in trust irrevocable, and in joint tenancy if multiple Trustees, so as to constitute a Pure Trust Organization in Common Law, and otherwise to provide for the duration hereafter, a sane and economical administration of any and all lawful business affairs to the benefit of the Certificate Holders thereof.

It is hereby expressly declared that this Pure Trust Organization in Common Law, is hereby lawfully created as a separate entity, and as such, this trust organization is never to be unlawfully represented or otherwise construed to be a partnership, association, or corporation. The Trustees hereof, present or future, do not have or possess any beneficial interest in the properties of this trust organization, nor shall they be particularly liable hereunder, as partners or otherwise, that no Trustee shall be liable for any act or omission of any co-Trustee, or any other party whomsoever, whether an agent of said Trustee or not, or for anything other than their own willful breach of trust.

Any matters pertaining to a breach of trust, or any and all other actions in Law concerning this trust organization, may only be brought forth in the appropriate Common Law venue, under the American "free-flag" Banner of Peace as is found at Title 4 of the united states code at Section 1, by affidavit of complaint or other proper writ, duly submitted pursuant to Article III, Section 2, of the Constitution for these united states of America, and thereby asserting the original and exclusive Common Law venue of "We the People". Courts maintained under the jurisdiction of "gold-fringed" Flags of War, courts in equity, admiralty, or maritime venues, and any and all other courts of an administrative nature are hereby forbidden for asserting their jurisdiction upon, or trespassing against, this trust organization's good and lawful Common Law venue.

## IV. Number and Tenure of Trustees

The number of Trustees comprising the Board of Trustees shall not be less than one (1) in number, and may be increased for practical reasons beneficial to this trust organization. Upon a Trustee's appointment to an office of Trustee, tenure shall be assigned and maintained in the order upon which they are duly appointed, such as First Trustee, Second Trustee, Third Trustee, and so on, and each Trustee shall maintain such appointed office for their entire duration on the Board of Trustees regardless of any vacancy by any senior Trustee. The Trustees hereafter mentioned by name, or any and all other successor Trustees appointed to fill any vacancies, shall hold office and have and exercise collectively the exclusive management and control of this trust organization's properties and lawful business affairs. Without the consent of any of the Certificate Holders thereof, and yet, to the Certificate Holders benefit just the same.

## V. Meetings for Multiple Trustees

By a regular act of the Board of Trustees, they may provide for meetings at stated intervals without notice, and special meetings may be called at any time by any one or more Trustees, upon three days written notice to the sum total of all Trustees on the Board of Trustees. At any regular or special meeting, a majority of the sum total of all Trustees on the Board of Trustees shall constitute a quorum for conducting business, provided that, affirmative action may only be had upon a majority vote of the sum total of all Trustees on the Board of Trustees, whether present or absent, except that a special meeting called for a special purpose, whether it be upon short notice or not, the majority present may affirmatively act upon matters in the event of a dire and pressing emergency, provided that, the sum total of all Trustees on the Board of Trustees were indeed noticed of said special meeting. The Board of Trustees may hold meetings by telephonic conference at any time, as is necessary for good and proper administration. All meetings and actions of the Board of Trustees shall be recorded by the appropriate Trust Minute entry.

# SMILE HIGH TRUST

*a Pure Trust Organization in Common Law*

## VI. Trust Certificates

For convenience, the beneficial interest Trust Certificates used for distribution among the Certificate Holders, shall be divided into one hundred (100) units. Any and all such Trust Certificates shall be contingent, non-taxable, non-assessable, with limited transferability of interest accomplished only by the Board of Trustees at the request of the Certificate Holder thereof. The lawful bearer of the Trust Certificates hereof shall be so true and proper moral appellation. Such designations shall be construed to be the true and lawful Certificate Holder thereof. The Board of Trustees shall maintain a record of Trust Certificates issued, with such records being the sole source of authority establishing the lawful trust organization to issue Trust Certificates in excess of the number herein provided for, nor for any nominal variance of value within the provisions contained herein.

## VII. Limitations of Trust Certificate Holders

Dominion over any Trust Certificates shall not entitle any Certificate Holder to any lawful or equitable title in or to, this trust organization's properties, nor to any undivided interest therein, nor in the management thereof, nor shall the death of any Certificate Holder entitle their heirs or representatives to demand any partition or division of the properties of this trust organization, nor to any special accounting. If upon the death of a Certificate Holder there is contained within the Trust Minutes a designated transfer of Trust Certificates previously approved of by the Board of Trustees, and upon proper notice of such death to the Board of Trustees by their receipt of the Trust Certificates evidencing old interests, then the Board of Trustees shall transfer such interests in a like manner by duly nullifying and voiding Trust Certificates bearing the designated Certificate Holder's true and proper moral appellation. Any and all duly nullified and voided Trust Certificates are to be immediately destroyed by firing. The rights of the Certificate Holders are otherwise hereby limited to a claim against the Board of Trustees to lawfully and completely carrying out this Declaration of Pure Trust Organization in Common Law.

## VIII. Liability and Indemnification of Trustees

No Trustee shall be liable for any act or omission whatsoever of any other Trustee, officers, agent, contractor, or client of this trust organization. No Trustee shall be liable for any negligence or error in judgment, or for any act or omission, except for their own willful breach of trust. The initial First Trustee and any and all other successor Trustees thereafter shall serve this trust organization without fidelity bonds and no Trustee shall be required to give any bond or surety to secure their honest and trustworthy performance in good faith toward this trust organization.

Every act or thing done or omitted and every power exercised or obligation incurred by any Trustee in the administration of this trust organization, or in connection with any lawful business affairs, properties, or concerns of this trust organization, whether ostensibly in their own name, or in this trust organization's capacity, shall be done, omitted, exercised, or incurred strictly as a Trustee, and never as a particular private party. Trustees shall assume, in the capacity of trustees and not privately, only such liability as may attach to this trust organization's properties. Trustee's liability shall not in any manner jeopardize any particular or private properties except for a Trustee's own willful breach of trust. For any losses that any Trustee should suffer for any reason through services to this trust organization, reimbursement is due them from this trust organization to the same extent as would be due to any non-interested party.

## IX. Replacement or Removal of Trustees

Any Trustee may resign his / her trust by instrument in writing signed by him / her and delivered or mailed to any remaining Trustee, and thereupon such notice, his / her resignation from the Board of Trustees shall take full force and effect either immediately or at a later time according to the conditions of the notice, but no such resignation shall remain effective unless and until a true copy of such instrument shall have been acknowledged by the resigning Trustee.

Provided however, that a Trustee may be removed from their office as Trustee by a resolution by the Board of Trustees, when the remaining Trustees unanimously agree that the Trustee being removed has been found guilty of fraud, malfeasance in office, or for cause by the mandate of a court of competent venue and jurisdiction, and provided further, that in the event of a death, incapacitation, or removal from office by resignation or otherwise, any Trustee may appoint another Trustee with the concurrence of a majority of the remaining Board of Trustees. No Trustee may resign when they are the last remaining Trustee, until after this trust organization is terminated and dissolved according to the conditions and obligations of this private contract or unless another Trustee be first named.

Should the entire Board of Trustees become vacant, then a court of competent jurisdiction being our one supreme court, sitting in the appropriate Common Law venue, shall appoint one Trustee, who in turn may appoint additional Trustees if necessary. Such actions in Law may only be brought forth under the American "free-flag" Banner of Peace as is found at Title 4 of the united states of America, and thereby asserting the original and exclusive Common Law venue of "We the People." Again, courts maintained under the jurisdiction of "gold-fringed" Flags of War, courts in equity, admiralty, or maritime venues, and any and all other courts of an administrative nature are hereby forbidden from asserting their jurisdiction upon, or trespassing against, this trust organization's good and lawful Common Law venue.

## X. Compensation of Trustees and Others

The Board of Trustee shall fix and pay compensation of all of this trust organization's officers, agents, contractors, or clients, at their discretion, and may pay their selves such reasonable compensation for their services as may be determined by the Board of Trustees' resolution and the appropriate Trust Minute entry thereafter.

## XI. Selection of Officers

Any Trustee may at their discretion, with majority approval if multiple Trustees, appoint or elect a president, secretary, or treasurer, or any other officers as is deemed expedient for good and proper functioning and administration. Any Trustee may hold two or more offices simultaneously, with duties being such as are usual or are prescribed. Any Trustee may contract officers, agents, contractors, clients, or other designated third parties to hold funds, open bank accounts, contract for services, and to perform other such duties as such Trustee may so direct.

## SMILE HIGH TRUST

*a Pure Trust Organization in Common Law*

### XII. Duties of Trustees

The named Trustees, for their selves and their successors, in trust irrevocable, do hereby accept the assignment of conveyance and acknowledge the delivery of all the properties specified, together with all of the conditions and obligations of this trust organization as is herein imposed and expressed, agreeing to conserve and improve this trust organization in such a manner as will increase the financial value of this trust organization, exercising their best judgment and discretion, in accordance with the Trust Minutes hereafter, agreeing that it is required that all of the Trustees, and / or their agents, distribute all of the resources of this trust organization correctly and upon final liquidation, distributing such resources to the existing Certificate Holders as such contingent rights may appear, and in all other respects administering this trust organization in good faith, strictly in conformity hereto. That the Trustees at their discretion may disburse to the beneficiaries all or any portion of the income of this Trust.

### XIII. General Powers and Functions of Trustees

All present and future Trustees shall regard this private contract to be their sufficient guide, supplemented from time to time by resolutions by the Board of Trustees, covering contingencies as their may arise and are recorded within the Trust Minutes thereafter, or by rules or regulations as may be established by the Board of Trustees as is deemed expedient and consistent with the orderly conduct of lawful business affairs. The Board of Trustees' shall have exclusive power to construe the meaning and intent of the private contract hereof, and the Board of Trustees' construction shall be conclusive, lawfully binding and will govern. The Board of Trustees' construction will be the same as the intention of all the parties hereof as is herein imposed and expressed throughout this entire private contract including the Trust Minutes hereafter. The Board of Trustees shall have all liberties necessary to fulfill the purposes of this trust organization and to conduct any lawful business affairs not specifically prohibited herein by this Declaration of Trust. The Trustees shall be entitled to open and maintain bank accounts as they may consider necessary or proper and such account or account's may be operated on the signature of any one of the Trustees. Trustees shall have final authority and decision to any interpretation or financial interpretation of all laws and rules in trust document.

# SMILE HIGH TRUST

*a Pure Trust Organization in Common Law*

Trustee's powers shall be construed as general powers of any free and lawful man or woman of these united states of America to do anything that any free and lawful man or woman may lawfully do within the Common Law venue of any jurisdiction, territory, state, or country upon this Earth. They can and shall if need be, but not be limited to, deliver the Trust Certificate units of beneficial interest to the proper recipients, for the benefit of this trust organization. And at the discretion of the Board of Trustees, continue in business, conserve the propertied, commercialize the resources thereof, and / or extend an established line of business in industry or investment, as is herein specially noted at their discretion, for the benefit of this trust organization, such as viz:

Buy, sell, convey, or lease land for surface mineral rights; buy, sell, or convey credit, mortgages, securities, bonds, notes, commodities, trade patents, trademarks or copyrights; conduct mail order businesses, or branches or variations thereof; operate stores, shops, factories, warehouses, or other trading establishments, or places of business of any kind; offer consulting or advisory services; farm, garden, or perform any agricultural acts; allocate funds derived from any source for charity, religion, education, research, accumulating, or other purposes, whether for immediate or future application, to be managed by specified Trustees, or other as is designated within the Trust Minutes hereafter; construct, buy, sell, convey, lease, or rent any type of real estate, improved or unimproved; advertise different articles or business projects; borrow money for any project, pledging this trust organization's properties for the payment thereof; hypothecate resources, properties, or both; own stock in, or entire charters or corporations, or other properties, companies or associations as is deemed advisable by the Board of Trustees. All contractors, investors, and anyone doing business with trust must adhere to rules of trust, disbursement of income, withheld income, taxes, value, legal tender, and accounting methods chosen by trust.

The trust may lay, collect, and withhold taxes from all income from whatever source derived, and be used as trust sees fit to enhance value. Trust shall determine accounting method, any withholdings, any interest or dividends, expenses, and definition of income. Trust can issue any form of tender it sees fit and set value of tender. The Trust has the right to determine what shall be money, what volume of money shall exist and its value. Trust retains all rights as it relates to income, money, payments, debts, credits, and monies withheld, or phantom income. The Trust has sole right to determine definition of legal tender, definition of expenses, what expenses will be, and how appropriated. No outside entity, statutory entity, or any other sovereign entity can make any financial determination or interpretation of law set forth by trust.

Resolutions by the Board of Trustees authorizing a special thing to be done shall be evidence that such acts are within its power. This trust organization shall have the authority to provide itself with funds through commercial loans, directly secured by properties or resources of this trust organization. Anyone lending or paying money or credit to this trust organization shall be obliged to see the application thereof and are entitled only to repayment in like kind. All funds paid into the treasury shall have become a part of the corpus of this trust organization.

# SMILE HIGH TRUST

*a Pure Trust Organization in Common Law*

The trustees are not required to obtain authority of, nor take any report or accounting to, any court the exercise of any power conferred hereunder. Should it become necessary for a court to protect the administration of the Trust or its assets, it too shall be guided by the terms, conditions, provisions, purposes, and intent of this Contract and of the Minutes pursuant hereto.

The Creator requires that as part of the consideration for this Contract, the Trustees shall conduct the Trust affairs of this Trust in strict confidentiality, revealing only such information as in their discretion is necessary, and shall act solely in accordance with the principle, rights, and immunities of the Common Law administrating the affairs of this Trust.

It is expressly declared that a Common Law Trust by Common law right of contract is hereby created, and not a trust agreement by gift, nor joint venture, nor any entity, of statutory nature. Nothing contained in this Contract shall be construed as an intent to evade or contravene any law, nor to delegate any special power belonging exclusively to a franchise or incorporation.

The domicile, the location of the principle office, or both may be changed at any time to such other locality, Sovereign State or Nation as is deemed prudent, wise, necessary, or appropriate to the Trustees.

This Common Law Contractual Company, created by this Contract and Indenture is authorized to exist and function through its Board of Trustees (hereinafter termed Trustee(s)), which is a Legal Person holding full title, legal and equitable, not as an individual, but collectively as the Board, and to collectively act herein set forth and according to the inalienable Common Law Rights afforded man, under its true name. The trust can act as a REIT or any other structure to enhance value of trust.

The Trustees have the power to amend this contract to better carry out its intent and purposes or if necessary to conform to any applicable valid law or order of Court, provided that any such amendment may not be inconsistent with the intent and purposes of this Contract, nor contrary to the fiduciary obligations to the beneficial unit holders.

At any time prior to the normal termination of this common law Trust, the Trustees, if they determine that it should not terminate, may renew this Contract for a like or shorter period, by resolution duly entered in the Minutes.

If any sentence, paragraph, clause, section, or provision of this Contract or of the Minutes of the Trust is held to be unlawful, unenforceable, or invalid, it shall be severable and shall not affect any of the remaining provisions, which shall be given full force and effect nonetheless.

## SMILE HIGH TRUST

*a Pure Trust Organization in Common Law*

### Trust Minute Entry #: *1*

The Creator hereof, approached the Exchanger hereof, and offered to trade for equal value, one hundred (100) units of beneficial interest Trust Certificates, in consideration for certain real and private properties consisting of: one (1) desk, and one (1) chair, contributed by the Exchanger. After due consideration by all concerned, it was unanimously agreed, to accept the proposed trade and this exchange was made. This exchange does not constitute a sale or gift, and is mutually agreed to be an exchange of equal value.

**Executed on this** 30th **day of** August **, 2016, A. D.**

**Creator/Settlor**

**Exchange Broker**

On August 30th, 2016 before me, Kristi Street, personally appeared ~~Ryan [illegible]~~ Emily Winslow & ~~Yolanda [illegible]~~ Gregory Winslow known to me (proven to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signatures on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. A Notary Public or other officer completing this certificate verifies only the identity of the individual(s) who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

I certify under PENALTY OF PERJURY that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: ____________________

KRISTI STREET
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20054030498
My Commission Expires October 25, 2017

# SMILE HIGH TRUST

*Pure Trust Organization in Common Law*

## Trust Minute Entry #: *2*

The Creator hereof, under no condition or obligation to the herein mentioned appointee, hereby appoints to the office of First Trustee, Ryan Ulibarri- Yolanda Ulibarri, of **SMILE HIGH TRUST**, a Pure Trust Organization in Common Law. As is evidenced by the signatures hereafter, Ryan Ulibarri-Yolanda Ulibarri, hereby accepts the appointment to the Board of Trustees of **SMILE HIGH TRUST,** a Pure Trust Organization in Common Law, together with the responsibilities pertaining thereto.

**Executed on this** 30th **day of** August **, 2016, A.D.**

______________________________

**Creator / Settlor**

______________________________ ______________________________

**Ryan Ulibarri, First Trustee** **Yolanda Ulibarri, First Trustee**

On August 30th, 2016 before me, Kristi Street, personally appeared Ryan Ulibarri & Yolanda Ulibarri known to me (proven to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signatures on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. A Notary Public or other officer completing this certificate verifies only the identity of the individual(s) who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

I certify under PENALTY OF PERJURY that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

KRISTI STREET
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20054030498
My Commission Expires October 25, 2017

Signature: ______________________________

# SMILE HIGH TRUST

*a Pure Trust Organization in Common Law*

## Trust Minute Entry #: *3*

Ryan Ulibarri - Yolanda Ulibarri , the First Trustee(s) hereof, declares, this private contract to be in full force and effect, and by his / her signature hereafter, he / she pledges the best of his / her effort. As First Trustee(s), Ryan Ulibarri - Yolanda Ulibarri, agree to manage the Trust Property to be on call 24 hours a day, as live in caretaker(s), Trustee(s) are to oversee maintenance, and security, for trust properties, ensure Trust vehicles are properly maintained and insured, fulfill mortgage and lease agreements.

In exchange the Trust will provide free rent, vehicles, food, clothing, education, healthcare, retirement, and fuel, travel expenses for Business and Charitable purposes.

**Executed on this** 30th **day of** August **, 2016, A. D.**

**Ryan Ulibarri, First Trustee** **Yolanda Ulibarri, First Trustee**

On August 30th, 2016 before me, Kristi Street, personally appeared Ryan Ulibarri & Yolanda Ulibarri known to me (proven to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signatures on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. A Notary Public or other officer completing this certificate verifies only the identity of the individual(s) who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

I certify under PENALTY OF PERJURY that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: ____________________

# SMILE HIGH TRUST

*a Pure Trust Organization in Common Law*

## Trust Minute Entry #: *4*

Ryan Ulibarri - Yolanda Ulibarri, the First Trustee(s) hereof, declares this private contract to be in full force and effect, and by his/her signature hereafter, he/she pledges the best of his/her effort. As First Trustee(s), Ryan Ulibarri - Yolanda Ulibarri, agrees not to engage in any activity that may bring an unfavorable reaction upon this Declaration of Pure Trust Organization in Common Law. Further, Ryan Ulibarri - Yolanda Ulibarri, also agrees that all activity will have a majority of the Board of Trustees' approval. All new activity will be recorded within the Trust Minutes hereof at the time said new activity is placed into full force and effect.

**Executed on this** 30th **day of** August**, 2016, A.D.**

[signature]
**Ryan Ulibarri, First Trustee**

[signature]
**Yolanda Ulibarri, First Trustee**

On August 30th, 2016 before me, Kristi Street, personally appeared Ryan Ulibarri & Yolanda Ulibarri known to me (proven to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signatures on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. A Notary Public or other officer completing this certificate verifies only the identity of the individual(s) who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

I certify under PENALTY OF PERJURY that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature: [signature]

KRISTI STREET
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20054030498
My Commission Expires October 25, 2017

# SMILE HIGH TRUST

*a Pure Trust Organization in Common Law*

## Trust Minute Entry #: 5

Ryan Ulibarri - Yolanda Ulibarri, the First Trustee (s) hereof, hereby resolves that the following described real and private properties as is listed within Schedules A, B. C, etc. of the Trust Minutes hereof shall have become the properties of **SMILE HIGH TRUST**, a Pure Trust Organization in Common Law. Ryan Ulibarri - Yolanda Ulibarri is fully cognizant of the real and private properties as is listed within Schedules A, B, C, etc. and by his/her signature hereafter, he/she accepts to manage the same to the best of his/her ability.

**Executed on this** 30th **day of** August **, 2016, A.D.**

**Ryan Ulibarri, First Trustee** **Yolanda Ulibarri, First Trustee**

On August 30th, 2016 before me, Kristi Street, personally Appeared Ryan Ulibarri & Yolanda Ulibarri known to me (proven to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signatures on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. A Notary Public or other officer completing this certificate verifies only the identity of the individual(s) who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

I certify under PENALTY OF PERJURY that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: ______________________

KRISTI STREET
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20054030498
My Commission Expires October 25, 2017

# SMILE HIGH TRUST

*a Pure Trust Organization in Common Law*

## XV. IN WITNESS WHEREOF THE CREATOR THE EXCHANGER AND THE FIRST TRUSTEE(s) here to have set their hands, shall the matter be established

I, the Witness hereof, do hereby establish in truth and in fact that the people known to me to be the foregoing Creator, the foregoing Exchanger, and the foregoing Trustee(s) did physically appear before me on this day, and that they did sign and seal the foregoing trust organization contract creating, establishing, and declaring **SMILE HIGH TRUST,** a Pure Trust Organization in Common Law, for the uses and purposes therein set forth.

**Executed of this** 30th **day of** August **, 2016, A.D.**

[signature]

**Witness**

On August 30th, 2016 before me, Kristi Street, personally appeared Matthew Barber known to me (proven to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signatures on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. A Notary Public or other officer completing this certificate verifies only the identity of the individual(s) who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

I certify under PENALTY OF PERJURY that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature: [signature]

KRISTI STREET
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20054030498
My Commission Expires October 25, 2017

# SMILE HIGH TRUST

*a Pure Trust Organization in Common Law*

## XIV. Verification

### Attested and Affirmed:

As is evidenced by the signatures hereafter, the Exchanger hereof, has set his/her hand and seal in acceptance of this exchange, conveyance, and delivery of the real and private properties now held by **SMILE HIGH TRUST**, a Pure Trust Organization in Common Law, and to the conditions and obligations as is herein assigned to this trust organization as well as to his/her assent to this trust organization's private contract as is herein imposed and expressed, all in exchange for one hundred (100) units of beneficial interest Trust Certificates for the Creator hereof.

**Executed on this** 30th **day of** August**, 2016, A.D.**

**Creator / Settlor** **Exchange Broker**

On August 30th, 2016 before me, Kristi Street, personally appeared ~~Ryan Ulriborn~~ Emily Winslow & ~~Yolanda Ulriborn~~, Gregory Winslow known to me (proven to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signatures on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. A Notary Public or other officer completing this certificate verifies only the identity of the individual(s) who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

I certify under PENALTY OF PERJURY that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature: [signature]

KRISTI STREET
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20054030498
My Commission Expires October 25, 2017

# SMILE HIGH TRUST

*a Pure Trust Organization in Common Law*

## Trust Minute Entry

## Schedule #: A

On this day, January 1st, 2017 we the undersigned trustees of the Smile High Business Trust met to discuss how funds would be used from the Smile High Trust to cover the expenses associated with the small business loan that was used to purchase the dental practice on May 1st, 2014.

As trustees of the Smile High Trust, we the undersigned have met to discuss and are requesting that funds be used from the Smile High Trust to make any and all future payments used to cover any costs that may be associated with the small business loan.

Ryan Ulibarri First Trustee____ TTEE

Yolanda Ulibarri First Trustee____

# SMILE HIGH TRUST

*a Pure Trust Organization in Common Law*

## Trust Minute Entry

## Schedule #: B

# SMILE HIGH TRUST

*a Pure Trust Organization in Common Law*

## Trust Minute Entry

## Schedule #: C

# SMILE HIGH TRUST

*a Pure Trust Organization in Common Law*

## Trust Minute Entries & Schedules

# SMILE HIGH TRUST

*a Pure Trust Organization in Common Law*

## Trust Minute Entry – Successor Trustee(s)

The Trustees' hereby designate the following to serve as Successor Trustees subject to the terms provided in this Trust Instrument, in the order as listed:

# SMILE HIGH TRUST

*a Pure Trust Organization in Common Law*

## Trust Minute Entry #: *6*

## Trustee Resignation

Be it resolved, that it is my determination that it is in the best interest of this trust organization that I ________________________, voluntarily surrender my office as First Trustee of the **SMILE HIGH TRUST**, a Pure Trust Organization in Common Law. My resignation from the Board of Trustees hereof is hereby effective as of the date of my signing of this Trust Minute entry. No compensation is due to me from this trust organization

**Executed on this ___________ day of ___________________, 20__, A.D.**

________________________________________

**Resigning First Trustee**

On ______________, **20**___ before me,______________________________, personally appeared ___________________________________________________________ known to me (proven to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signatures on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. A Notary Public or other officer completing this certificate verifies only the identity of the individual(s) who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

I certify under PENALTY OF PERJURY that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature:___________________________________

# SMILE HIGH TRUST

## *A Pure Trust Organization in Common Law Under the Constitution of the territory of Colorado state and the Constitution of these united states of America*

**Gregory Winslow, the Certificate Holder hereof, is hereby certified as the lawful bearer of one hundred (100) units of beneficial interest pursuant to and in compliance with the conditions and obligations of SMILE HIGH TRUST, a Pure Trust Organization in Common Law.**

### *Trust Certificate number one (1) bearing one hundred (100) units*

1. The Certificate Holder hereof shall hereby be entitled to their proportionate share of any and all distributions declared and made by the Board of Trustees of this Trust organization. A total of one hundred (100) units of beneficial interest are authorized to be issued.
2. All units of beneficial interest are fully paid for, and as such, are construed to be contingent, non-taxable, and non-assessable when duly issued, and no liability for the actions or omissions of this trust organization shall inure to the Certificate Holder hereof.
3. The units of beneficial interest herein evidenced by this Trust Certificate shall be transferable only in compliance with the conditions and obligations of this trust organization's private contract and otherwise are construed to be non-assignable.
4. The Certificate Holder hereof shall have no rights, powers, privileges, or interests in, or control over the Board of Trustees' management of this trust organization's properties other than as is described in this trust organization's private contract.
5. In the event that the Board of Trustees elect not to renew the private contract for the administration of this trust organization after the allotted seven (7) year period, or in the event of a prior liquidation for any reason, the Certificate Holder hereof shall be entitled to their proportionate share of the net liquidated properties of this trust organization.

**Trust Certificate #: 1 is executed on this 30th day of August, 2016, A.D.**

**Ryan Ulibarri, First Trustee** [signature]

**Yolanda Ulibarri, First Trustee** [signature]

Acknowledgement
State of Colorado, County of Larimer.
This instrument was acknowledged before me this 30th day of August, 2016 by [signature] October 25 2017
My commision expires:
[signature]
Notary Public

KRISTI STREET
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 2005403049
My Commission Expires October

# SMILE HIGH TRUST

## *A Pure Trust Organization in Common Law Under the Constitution of the territory of Colorado state and the Constitution of these united states of America*

**TITLE OF LIBERTY FAMILY TRUST, the Certificate Holder hereof, is hereby certified as the lawful bearer of one hundred (100) units of beneficial interest pursuant to and in compliance with the conditions and obligations of SMILE HIGH TRUST, a Pure Trust Organization in Common Law.**

### *Trust Certificate number one (1) bearing one hundred (100) units*

1. The Certificate Holder hereof shall hereby be entitled to their proportionate share of any and all distributions declared and made by the Board of Trustees of this Trust organization. A total of one hundred (100) units of beneficial interest are authorized to be issued.
2. All units of beneficial interest are fully paid for, and as such, are construed to be contingent, non-taxable, and non-assessable when duly issued, and no liability for the actions or omissions of this trust organization shall inure to the Certificate Holder hereof.
3. The units of beneficial interest herein evidenced by this Trust Certificate shall be transferable only in compliance with the conditions and obligations of this trust organization's private contract and otherwise are construed to be non-assignable.
4. The Certificate Holder hereof shall have no rights, powers, privileges, or interests in, or control over the Board of Trustees' management of this trust organization's properties other than as is described in this trust organization's private contract.
5. In the event that the Board of Trustees elect not to renew the private contract for the administration of this trust organization after the allotted seven (7) year period, or in the event of a prior liquidation for any reason, the Certificate Holder hereof shall be entitled to their proportionate share of the net liquidated properties of this trust organization.

**Trust Certificate #: 1 is executed on this** 30th **day of** August **, 2016, A.D.**

**Ryan Ulibarri, First Trustee** [signature]

**Yolanda Ulibarri, First Trustee** [signature]

Acknowledgement
State of Colorado, County of Larimer
This instrument was acknowledged before me
this 30th day of August, 2016 by
Ryan Yolanda Ulibarri
My commision expires: October 25, 2017
[signature]
Notary Public

KRISTI STREET
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20054030498
My Commission Expires October 25, 2017