**From:** Sue Thompson <sue@virtualcac.com>
**To:** RUlibarri@dentistoffortcollins.com
**Sent:** 10/8/2020 6:31:37 PM
**Subject:** Re: FW: Reports

Do they have the trust banking documents
In Abundance,
Sue Thompson
Concierge Accountancy
Virtual CFO
sue@virtualcac.com
www.VirtualCAC.com

On Thu, Oct 8, 2020 at 12:12 PM Dr. Ryan Ulibarri <RUlibarri@dentistoffortcollins.com> wrote:

Sue,

I will not be providing the actual trust documents to the bank. That is the purpose of the trust banking documents. If the bank will not accept this then we can go ahead and terminate the loan application.

Ryan

**From:** Sue Thompson [mailto:sue@virtualcac.com]
**Sent:** Thursday, October 8, 2020 11:28 AM
**To:** RUlibarri@DentistofFortCollins.com
**Subject:** Re: FW: Reports

The bank is looking for your actual trust documents

GMC I am looking for the purchase docs showing purchase price and loan terms

In Abundance,

Sue Thompson

Concierge Accountancy

Virtual CFO

sue@virtualcac.com

www.VirtualCAC.com

On Thu, Oct 8, 2020 at 11:28 AM Dr. Ryan Ulibarri <RUlibarri@dentistoffortcollins.com> wrote:

Sue,

Not sure what documentation you need on the GMC.  I did send a copy of the first statement.  What exactly are you looking for?

Are you wanting a full copy of the Trust documents or the banking documents?

I will forward you a copy of the loan agreement ASAP.

Thank you.

Ryan

**From:** Sue Thompson [mailto:sue@thecfoagency.com]
**Sent:** Thursday, October 8, 2020 11:17 AM
**To:** RUlibarri@dentistoffortcollins.com
**Subject:** Reports

Good morning!

I was hoping to get a few reports from your office, such as:

2020 GMC Sierra purchase documentation

Documents for the note for your mother-in-law

As well as your trust documents.

If someone on your team could get these for me, when you have a chance, that'd be awesome!

Have a great day.

--

**Sue Thompson**

**Your Virtual CFO**

The CFO Agency

Virtual CFO & CPA Services
Tel: (406) 257 - 6044
www.thecfoagency.com

*Financial Solutions to help you flourish in business and in life!*