# TITLE OF LIBERTY FAMILY TRUST

## CERTIFICATION OF TRUSTEE

The trustee listed below has the authority/power to contract for banking, to transfer, to purchase, to trade, sell, assign and/or sell financial assets and investments, including securities and other financial services to engage in the complete operational and business affairs of this trust. The legal name of this trust is TITLE OF LIBERTY FAMILY TRUST to which title of assets are held and to which certifies trustee as having full and complete authority/control.

The grantor/settler/creator of this trust is Greg Winslow and upon execution of this trust as of date notarized, has no ownership/ control in any manner (shares/units/assets, etc.) and has no title to any assets that are held by and owned by trust irrevocably.

An irrevocable trust structure with tax identification number 81-6785824 was executed on 08/30/2016 and is currently in effect at date of this certification.

Below are the names and address of currently acting Trustees:

Ryan Ulibarri

Yolanda Ulibarri

2926 Sunset View Drive, Fort Collins, CO 80528

I/We declare under laws of the State of Colorado that the foregoing is true and correct and assets herein are that of trust and as trustees have sole decision-making authority and exclusive control including real estate sell/ purchases / exchanges / assigned / transfer/ banking / and not limited to this list of transactions.

- **TRUSTEE:** Ryan Ulibarri
- **TRUSTEE:** Yolanda Ulibarri
- **EIN** 81-6785824
- **CREATOR:** Greg Winslow
- **IRREVOCABLE TRUST**
- **EFFECTIVE DATE:** 08/30/2016
- **LEGAL NAME OF TRUST:** TITLE OF LIBERTY FAMILY TRUST
- **TRUST ADDRESS:** 1001-AE Harmony Rd Ste 446, Fort Collins, Colorado 80528

Trustee Name RYAN ULIBARRI Signature of Trustee [signature] Date 9/6/18

Trustee Name Yolanda Ulibarri Signature of Trustee [signature] Date 9-6-18

State of COLORADO

County of LARIMER

On 09/06/2018 (mm/dd/yyyy ), before me, FAITH PARKS (notary), and personally appeared Ryan Ulibarri (Trustee) and Yolanda Ulibarri (Trustee), who proved to me on the basis of satisfactory evidence to be the person(s) who's name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ices), and by his/her/their signatures(s) the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Signature [signature]

Date 9/6/18

FAITH D. PARKS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20144010617
MY COMMISSION EXPIRES MARCH 6, 2022


ULIBARRI-RC_0000065

IRS DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0023

Date of this notice: 09-15-2016

Employer Identification Number:
81-6785824

Form: SS-4

Number of this notice: CP 575 B

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

TITLE OF LIBERTY FAM TR
YOLANDA ULIBARRI TTEE
1001-AE HARMONY RD STE 446
FORT COLLINS, CO 80528

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN 81-6785824. This EIN will identify your estate or trust. If you are not the applicant, please contact the individual who is handling the estate or trust for you. Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

Based on the information received from you or your representative, you must file the following form(s) by the date(s) shown.

| | |
|---|---|
| Form 1041 | 04/15/2017 |

If you have questions about the form(s) or the due date(s) shown, you can call us at the phone number or write to us at the address shown at the top of this notice. If you need help in determining your annual accounting period (tax year), see Publication 538, *Accounting Periods and Methods.*

We assigned you a tax classification based on information obtained from you or your representative. It is not a legal determination of your tax classification, and is not binding on the IRS. If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue). Note: Certain tax classification elections can be requested by filing Form 8832, *Entity Classification Election.* See Form 8832 and its instructions for additional information.

To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov. If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

# SMILE HIGH TRUST

## CERTIFICATION OF TRUSTEE

The trustee listed below has the authority/power to contract for banking, to transfer, to purchase, to trade, sell, assign and/or sell financial assets and investments, including securities and other financial services to engage in the complete operational and business affairs of this trust. The legal name of this trust is SMILE HIGH TRUST to which title of assets are held and to which certifies trustee as having full and complete authority/control.

The grantor/settler/creator of this trust is Greg Winslow and upon execution of this trust as of date notarized, has no ownership/ control in any manner (shares/units/assets, etc.) and has no title to any assets that are held by and owned by trust irrevocably.

An irrevocable trust structure with tax identification number 81-6785775 was executed on 08/30/2016 and is currently in effect at date of this certification.

Below are the names and address of currently acting Trustees:

Ryan Ulibarri

Yolanda Ulibarri

2926 Sunset View Drive, Fort Collins, CO 80528

I/We declare under laws of the State of Colorado that the foregoing is true and correct and assets herein are that of trust and as trustees have sole decision-making authority and exclusive control including real estate sell/ purchases / exchanges / assigned / transfer/ banking / and not limited to this list of transactions.

- **TRUSTEE:** Ryan Ulibarri
- **TRUSTEE:** Yolanda Ulibarri
- **EIN** 81-6785775
- **CREATOR**: Greg Winslow
- **IRREVOCABLE TRUST**
- **EFFECTIVE DATE:** 08/30/2016
- **LEGAL NAME OF TRUST:** SMILE HIGH TRUST
- **TRUST ADDRESS:** 1001-AE Harmony Rd Ste 244, Fort Collins, Colorado 80528

Trustee Name RYAN ULIBARRI Signature of Trustee [signature] Date 9/6/18

Trustee Name Yolanda Ulibarri Signature of Trustee [signature] Date 9-6-18

State of Colorado

County of Larimer

On 9/6/2018 (mm/dd/yyyy ), before me, FAITH PARKS (notary), and personally appeared Ryan Ulibarri (Trustee) and Yolanda Ulibarri (Trustee), who proved to me on the basis of satisfactory evidence to be the person(s) who's name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ices), and by his/her/their signatures(s) the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

FAITH D. PARKS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20144010617
MY COMMISSION EXPIRES MARCH 6, 2022

Signature [signature]

Date 9/6/18

IRS DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0023

Date of this notice: 09-15-2016

Employer Identification Number:
81-6785775

Form: SS-4

Number of this notice: CP 575 B

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

SMILE HIGH TR
RYAN ULIBARRI TTEE
1001-AE HARMONY RD STE 244
FORT COLLINS, CO 80528

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN 81-6785775. This EIN will identify your estate or trust. If you are not the applicant, please contact the individual who is handling the estate or trust for you. Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

Based on the information received from you or your representative, you must file the following form(s) by the date(s) shown.

| | |
|---|---|
| Form 1041 | 04/15/2017 |

If you have questions about the form(s) or the due date(s) shown, you can call us at the phone number or write to us at the address shown at the top of this notice. If you need help in determining your annual accounting period (tax year), see Publication 538, *Accounting Periods and Methods.*

We assigned you a tax classification based on information obtained from you or your representative. It is not a legal determination of your tax classification, and is not binding on the IRS. If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue). Note: Certain tax classification elections can be requested by filing Form 8832, *Entity Classification Election.* See Form 8832 and its instructions for additional information.

To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov. If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

# ROD OF IRON CHARITABLE TRUST

## CERTIFICATION OF TRUSTEE

The trustee listed below has the authority/power to contract for banking, to transfer, to purchase, to trade, sell, assign and/or sell financial assets and investments, including securities and other financial services to engage in the complete operational and business affairs of this trust. The legal name of this trust is ROD OF IRON CHARITABLE TRUST to which title of assets are held and to which certifies trustee as having full and complete authority/control.

The grantor/settler/creator of this trust is Greg Winslow and upon execution of this trust as of date notarized, has no ownership/ control in any manner (shares/units/assets, etc.) and has no title to any assets that are held by and owned by trust irrevocably.

An irrevocable trust structure with tax identification number 81-6787984 was executed on 08/30/2016 and is currently in effect at date of this certification.

Below are the names and address of currently acting Trustees:

Ryan Ulibarri

Yolanda Ulibarri

2926 Sunset View Drive, Fort Collins, CO 80528

I/We declare under laws of the State of Colorado that the foregoing is true and correct and assets herein are that of trust and as trustees have sole decision-making authority and exclusive control including real estate sell/ purchases / exchanges / assigned / transfer/ banking / and not limited to this list of transactions.

- **TRUSTEE:** Ryan Ulibarri
- **TRUSTEE:** Yolanda Ulibarri
- **EIN** 81-6787984
- **CREATOR:** Greg Winslow
- **IRREVOCABLE TRUST**
- **EFFECTIVE DATE:** 08/30/2016
- **LEGAL NAME OF TRUST:** ROD OF IRON CHARITABLE TRUST
- **TRUST ADDRESS:** 1001-AE Harmony Rd Ste 432, Fort Collins, Colorado 80528

Trustee Name RYAN ULIBARRI Signature of Trustee [signature] Date 9/6/18

Trustee Name Yolanda Ulibarri Signature of Trustee [signature] TTEE Date 9-6-18

State of Colorado

County of Larimer

On 9/6/2018 (mm/dd/yyyy ), before me, FAITH PARKS (notary), and personally appeared Ryan Ulibarri (Trustee) and Yolanda Ulibarri (Trustee), who proved to me on the basis of satisfactory evidence to be the person(s) who's name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ices), and by his/her/their signatures(s) the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

FAITH D. PARKS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20144010617
MY COMMISSION EXPIRES MARCH 6, 2022

Signature [signature]

Date 9/6/18

IRS DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0023

Date of this notice: 09-16-2016

Employer Identification Number:
81-6787984

Form: SS-4

Number of this notice: CP 575 B

ROD OF IRON CHARITABLE TR
RYAN ULIBARRI TTEE
1001 A-E HARMONY RD STE 432
FORT COLLINS, CO 80528

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN 81-6787984. This EIN will identify your estate or trust. If you are not the applicant, please contact the individual who is handling the estate or trust for you. Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

Based on the information received from you or your representative, you must file the following form(s) by the date(s) shown.

| | |
|---|---|
| Form 1041 | 04/15/2017 |

If you have questions about the form(s) or the due date(s) shown, you can call us at the phone number or write to us at the address shown at the top of this notice. If you need help in determining your annual accounting period (tax year), see Publication 538, *Accounting Periods and Methods*.

We assigned you a tax classification based on information obtained from you or your representative. It is not a legal determination of your tax classification, and is not binding on the IRS. If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue). Note: Certain tax classification elections can be requested by filing Form 8832, *Entity Classification Election*. See Form 8832 and its instructions for additional information.

To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov. If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.