**From:** Charles Hooper <hoopscoopinpv@yahoo.com>
**To:** Rick Prescott <raprescott926@gmail.com>
**Sent:** 9/6/2016 8:25:12 PM
**Subject:** Fw:

Charles,

Hello there sir, I hope all is going well with you. I just wanted to fill you in on our progress with the trusts and foundation. We have had all the necessary documents notarized at our local bank. Unfortunately, they also informed us that they would not be able to set up a private family foundation bank account. They said that such accounts were frequently met with legal problems. We are also working closely with Larry Connor on the business trust, family trust and the family charitable trust. We are obtaining the addresses today. So we will now have to find a different bank when the time comes to set up the accounts. Please let me know if there is anything else I should be taking care of right now. Thanks Charles.

Ryan Ulibarri