R&B
RINGENBERG & BELLER, P.C.
*Attorneys at Law*

*James E. Ringenberg*
*Richard D. Beller*
*John D. Ringenberg* *Associate*

November 14, 2018

**VIA U.S. MAIL**

Ryan L. Ulibarri DDS LLC
Attn. Ryan L. Ulibarri, President
1001 Centre Avenue
Fort Collins, CO 80526

Ryan L. Ulibarri
2926 Sunset View Drive
Fort Collins, CO 80526

Re: Guaranty Bank and Trust Loan 6932711001

Dear Mr. Ulibarri:

As you know from our letter of October 18, 2018, our firm represents Guaranty Bank and Trust Company ("Guaranty"), regarding Guaranty Loan Number 6932711001 ("Loan -1001"), to Ryan L. Ulibarri DDS LLC (the "Dental Office"), which you have personally guaranteed. First, I want to clarify the lines of communication. Because Loan -1001 is in default, I will be your point of contact for Guaranty going forward, rather than your regular loan officer. My telephone number is 970-482-1056, and my e-mail address is rdb@rb-legal.com. Feel free to contact me directly. If you are represented by counsel, please let me know.

Thank you for providing the trust documents. We have reviewed the trust documents you have provided, and unfortunately, they are not satisfactory to the Bank. The documents you have provided have done nothing to change our understanding that you, Mr. Ulibarri, now own 5 percent of the Dental Office, that Yolanda Ulibarri owns another 5 percent, and that a non-borrower, the Smile High Business Trust ("Smile High"), now owns 90 percent of the Dental Office. We still do not understand when these assets were transferred. Further, we have serious concerns about the legitimacy of these "pure trusts" under federal income tax law.

As I stated in my October letter, the events of default concerning your loan will remain in place until Loan -1001 is fully repaid or until the defaults are fully cured. Guaranty would consider a workout proposal if you comply with the following two conditions: 1) the Smile High Trust and Ms. Ulibarri transfer their 95% interests in the Dental Office back to you, so that no trust owns any portion of the Dental Office or any

other part of Guaranty's collateral; and 2) you obtain an opinion letter from a local tax attorney acceptable to Guaranty that the Dental Office and you are in full compliance with your obligations under federal income tax law, notwithstanding your "pure trust" arrangements. Here are two local tax attorneys who are agreeable to Guaranty: 1) Al Liepas, who is both a CPA and a tax attorney (https://liepaslaw.com/); 2) Peter Scott -- http://www.cp2law.com/attorneys/Fort-Collins-Colorado-probate-trust-estate-planning-Attorney-Peter-Scott. We would be willing to be reasonable in approving other experienced Colorado-licensed tax attorneys as well.

While Guaranty is willing to give you some time to refinance this loan and to bring it into compliance with the conditions above, we will need you to take action to do so in the near future.

If you have any questions, please contact me directly.

Sincerely,

RINGENBERG & BELLER, P.C.

Richard D. Beller