**From:** Ryan Ulibarri <rulibarri@dentistoffortcollins.com>
**To:** larry@tbsolutiongroup.com <larry@tbsolutiongroup.com>
**Sent:** 11/19/2018 8:15:58 PM
**Subject:** FW: Ulibarri documentation

---

**From:** Anda Lincoln Stephenson [mailto:astephenson@gjmlawfirm.com]
**Sent:** Monday, November 19, 2018 9:57 AM
**To:** Ulibarri Work
**Subject:** RE: Ulibarri documentation

Ryan –

Pursuant to the act anyone not authorized to practice dentistry in CO cannot hold an ownership interest in the practice – this would include the trust. Is your wife licensed by the state as a dentist or hygienist? Some states, such as Arizona, allow non-licensed ownership of dental practices. But, Colorado does not.

Do I have your permission to contact the bank's attorney and let him know we will be transferring the interests in the LLC back to you?

-Anda

GAST JOHNSON & MUFFLY
A Professional Corporation

**Anda Lincoln Stephenson**
323 South College Avenue, Suite 1
Fort Collins, Colorado 80524
Office (970) 482-4846
Direct (970) 692-5889
Facsimile (970) 482-3038
E-Mail: astephenson@gjmlawfirm.com

Best Lawyers BEST LAW FIRMS US News 2019

**CONFIDENTIALITY NOTICE:** This message is confidential and may be privileged. If you have received this message in error, please (1) do not open any attachments, (2) reply to the sender that you have received this message in error, and (3) delete this message. Thank you.

**MODIFICATION DISCLAIMER:** Any modifications you make to any documents enclosed with this correspondence may change their legal significance, including their interpretation and enforceability. We are not responsible for any modifications made to these documents, which have not been approved by our office. We encourage you to consult with us regarding any proposed changes to the attached documents.

---

**From:** Ulibarri Work <rulibarri@dentistoffortcollins.com>
**Sent:** Sunday, November 18, 2018 5:20 PM
**To:** Anda Lincoln Stephenson <astephenson@gjmlawfirm.com>
**Subject:** Re: Ulibarri documentation

Anda,

Thank you for the response. Can you provide me with the details of the Dental Practice Act that we are currently violating? Thanks Anda.

Ryan Ulibarri

On Nov 16, 2018, at 1:55 PM, Ryan Ulibarri <rulibarri@dentistoffortcollins.com> wrote:

**From:** Anda Lincoln Stephenson [mailto:astephenson@gjmlawfirm.com]
**Sent:** Friday, November 16, 2018 11:39 AM
**To:** Ryan Ulibarri <rulibarri@dentistoffortcollins.com>
**Subject:** FW: Ulibarri documentation

Hi, Ryan.

I spoke with the firm's trust expert about terminating this trust. Because it is an irrevocable trust, there will likely be some tax consequences of the termination. The other big issue I have encountered is that the ownership structure is currently in violation of the Dental Practices Act. We will need to transfer the interests out of the trust one way or another. We may be able to do this, for the banks' purposes and then terminate the trust in the next month. I will work on getting some of those answers.

In the meantime, I will contact the bank's counsel and let them know that we are working towards transferring all interests in the dental office back to you. Let me know if you see any issues here.

-Anda

**Anda Lincoln Stephenson**
323 South College Avenue, Suite 1
Fort Collins, Colorado 80524
Office (970) 482-4846
Direct (970) 692-5889
Facsimile (970) 482-3038
E-Mail: astephenson@gjmlawfirm.com

**CONFIDENTIALITY NOTICE:** This message is confidential and may be privileged. If you have received this message in error, please (1) do not open any attachments, (2) reply to the sender that you have received this message in error, and (3) delete this message. Thank you.

**MODIFICATION DISCLAIMER:** Any modifications you make to any documents enclosed with this correspondence may change their legal significance, including their interpretation and enforceability. We are not responsible for any modifications made to these documents, which have not been approved by our office. We encourage you to consult with us regarding any proposed changes to the attached documents.

---

**From:** Hardy, Jamie <Jamie.Hardy@guarantybankco.com>
**Sent:** Thursday, November 15, 2018 1:57 PM
**To:** Anda Lincoln Stephenson <astephenson@gjmlawfirm.com>
**Cc:** 'rulibarri@dentistoffortcollins.com' <rulibarri@dentistoffortcollins.com>
**Subject:** RE: Ulibarri documentation

Anda, please review the attached letter that was sent via US mailed to Dr Ulibarri yesterday.

Please only work through our counsel Richard Beller of Ringenberg & Beller PC on this matter. He can be reached at RDB@RB-Legal.com or on the phone 970-482-1056.

Thank you for reaching out and I hope you are well.

**Jamie R. Hardy**
Senior Vice President, Healthcare Banking Manager
1550 E. Harmony Rd., Fort Collins, CO 80525
Office: 970-266-2019 |Mobile/text: 970-219-9616 |Fax: 970-267-6858 |Ext: 2019
24-Hour Customer Support: 303-293-5500 or 877-609-5500
**www.GuarantyBankCO.com**
**NMLS ID: #410876 & Bank NMLS ID: #418476**
**https://www.guarantybankco.com/business/loans/healthcarebanking.aspx**
**https://www.linkedin.com/in/jamiehardy**
**For large file uploads please use this link**
**https://guarantybank.sharefile.com/r-ra5de971989449d68**

**From:** Anda Lincoln Stephenson <astephenson@gjmlawfirm.com>
**Sent:** Wednesday, November 14, 2018 2:54 PM
**To:** Hardy, Jamie <Jamie.Hardy@guarantybankco.com>
**Subject:** RE: Ulibarri documentation

Hi, Jamie.

Do you have some time tomorrow before 2:30 to discuss this and possible resolutions?

Thanks,
Anda

**Anda Lincoln Stephenson**
323 South College Avenue, Suite 1
Fort Collins, Colorado 80524
Office (970) 482-4846
Direct (970) 692-5889
Facsimile (970) 482-3038
E-Mail: astephenson@gjmlawfirm.com

**CONFIDENTIALITY NOTICE:** This message is confidential and may be privileged. If you have received this message in error, please (1) do not open any attachments, (2) reply to the sender that you have received this message in error, and (3) delete this message. Thank you.

**MODIFICATION DISCLAIMER:** Any modifications you make to any documents enclosed with this correspondence may change their legal significance, including their interpretation and enforceability. We are not responsible for any modifications made to these documents, which have not been approved by our office. We encourage you to consult with us regarding any proposed changes to the attached documents.

CONFIDENTIALITY NOTICE: This e-mail contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately if you have received this e-mail by mistake and delete this e-mail from your system. E-mail cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Neither the sender nor Guaranty Bank and Trust Co. accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.