**From:** Dr. Ryan Ulibarri <RUlibarri@DentistofFortCollins.com>
**To:** 'Larry Conner' <larry@tbsolutiongroup.com>
**Sent:** 1/27/2021 3:12:08 PM
**Subject:**
**Attachments:** Operating Agreement 2018.pdf; Operating Agreement 2019.pdf; Ulibarri Amended Restated Operating Agreement Ryan L Ulibarri DDS LLC 12....pdf

Larry,

Here are the operating agreement documents that I have. Im not entirely sure which one to use. I do know, the operating agreement should exclude Yolanda from the LLC. I don't know if you remember or not but one of these documents was prepared by an attorney here when we were trying to appease Guaranty Bank when they were calling the business loan note due. Im not entirely sure we even need that document anymore. Let me know what you think. Thank you.