**From:** Ryan Ulibarri <rulibarri@dentistoffortcollins.com>
**To:** larry@tbsolutiongroup.com <larry@tbsolutiongroup.com>;csloans@msn.com <csloans@msn.com>
**Sent:** 6/26/2019 6:54:29 PM
**Subject:** Fwd: tax compliance opinion

Sent from my iPhone

Begin forwarded message:

**From:** Anda Lincoln Stephenson <astephenson@gjmlawfirm.com>
**Date:** June 26, 2019 at 12:09:46 PM MDT
**To:** Ryan Ulibarri <rulibarri@dentistoffortcollins.com>
**Subject: FW: tax compliance opinion**

Hi, Ryan.

I doesn't look like we'll be able to get an opinion letter from any local CPAs with this. As we discussed, the other option is to set up the structure differently. The bank is requesting 2018 taxes. I have asked Eide Bailey for an approximate cost for their assistance in this. The bank's attorney left me a voice message stating his client wants a resolution soon to this. Do you have some time Monday to discuss? I am available most of the day after 10am Monday.

-Anda

GAST JOHNSON & MUFFLY
A Professional Corporation

**Anda Lincoln Stephenson**
323 South College Avenue,
Suite 1
Fort Collins, Colorado 80524
Office (970) 482-4846
Direct (970) 692-5889
Facsimile (970) 482-3038
E-Mail: astephenson@gjmlawfirm.com

Best Lawyers BEST LAW FIRMS US News 2019

**CONFIDENTIALITY NOTICE:** This message is confidential and may be privileged. If you have received this message in error, please (1) do not open any attachments, (2) reply to the sender that you have received this message in error, and (3) delete this message. Thank you.

**MODIFICATION DISCLAIMER:** Any modifications you make to any documents enclosed with this correspondence may change their legal significance, including their interpretation and enforceability. We are not responsible for any modifications made to these documents, which have not been approved by our office. We encourage you to consult with us regarding any proposed changes to the attached documents.

---

**From:** Thomas Ahrens <tahrens@eidebailly.com>
**Sent:** Wednesday, June 26, 2019 11:59 AM
**To:** Anda Lincoln Stephenson <astephenson@gjmlawfirm.com>
**Subject:** RE: tax compliance opinion

Hi Anda - I spoke with Richard this morning and discussed what his client was looking for. In terms of issuing an opinion letter that would satisfy Richard's client on if the Ulibarri's are in compliance with their tax obligations is something that we can no assist with unfortunately. I spoke with Richard on what we could do from a letter standpoint and I don't think the options would work for his client. By chance would a letter from the Texas group work?

Richard said, as I assume he has expressed to you, that his client would like to see more "main stream" taxes filed and not the current structure that the Ulibarri's are in as this adds risk to his client. If the Ulibarri's are considering changing the structure, we could help with that process, but unfortunately we cannot assist with an opinion letter.

**Thomas Ahrens**

Partner
Fort Collins, CO

T 970.999.8861

*Connect with me on LinkedIn*
*Access your documents with* ***Eide Bailly Connect***

| | |
|---|---|
| **New ADDRESS!** | As of Dec. 7, 2018, we can be found at our new office location:<br><br>**Harmony Corporate Center, Bldg. B**<br>**2950 E. Harmony Rd., Ste. 290**<br>**Fort Collins CO 80528-3429** |