**From:** Ryan Ulibarri <rulibarri@dentistoffortcollins.com>
**To:** cesar A. Sanchez <csloans@msn.com>;Larry Conner <larry@tbsolutiongroup.com>
**Sent:** 3/6/2020 5:59:11 PM
**Subject:** Fwd: Items needed

Sent from my iPhone

Begin forwarded message:

**From:** Dan Bywater
**Date:** March 6, 2020 at 9:26:23 AM MST
**To:** Greg Wood
**Cc:** "Ryan Ulibarri (rulibarri@dentistoffortcollins.com)"
**Subject: RE: Items needed**

Hi Ryan and Greg,

Ryan – thanks for the items yesterday. Based on what was received, here is the updated list:

- ~~2016, 2017, and 2018 tax returns on Rod of Iron Trust~~
- 2016,2017, and2018 tax returns on Faith and Trust Foundation
- 2019 financials for Smile High Trust, Title of Liberty, Rod of Iron, and Faith and Trust Foundation
- ~~Trust documents and/or agreements pertaining to Title of Liberty, Rod of Iron, and Faith and Trust Foundation~~
- Letter of explanation from accountant/financial advisor detailing the entity structure and flow of income (should also clarify inter-company debt such as the $40,000 “loan to practice” from Title of Liberty)
- ~~Evidence of how the prior business loan was paid off (in 2019)~~

---

**From:** Greg Wood
**Sent:** Friday, March 6, 2020 7:45 AM
**To:** Dan Bywater
**Subject:** Re: Items needed

Any new update?

Greg Wood
Group Financial Services
Work#888-538-0447
Cell#214-402-4734
Fax#972-392-9503
Email - gwood@finservices.com
3283 Elk View Drive
Evergreen, CO 80439



*A Complete Financial Resource for the Healthcare Professional*

------------------------------------------------

Electronic Privacy Notice. This e-mail, and any attachments, contains information that is, or may be, covered by

electronic communications privacy laws, and is also confidential and proprietary in nature. If you are not the intended recipient, please be advised that you are legally prohibited from retaining, using, copying, distributing, or otherwise disclosing this information in any manner. Instead, please reply to the sender that you have received this communication in error, and then immediately delete it. Thank you in advance for your cooperation.

On Mar 4, 2020, at 4:51 PM, Dan Bywater <Dan.Bywater@readycapital.com> wrote:

Hi Ryan,

After our call we saw that we needed to get more comfortable with the trust structures that have been set up. There were a couple of trusts that we didn't know about, so we will need more information. Once we get these items, we will be able to get a better feel for the project. We need to make sure that the structures of these trusts don't present any potential problems with the IRS in the future, which could potentially hurt your practice and our position with the loan. Again, we just need to understand everything. Here is what we need:

- 2016, 2017, and 2018 tax returns on Rod of Iron Trust
- 2016, 2017, and 2018 tax returns on Faith and Trust Foundation
- 2019 financials for Smile High Trust, Title of Liberty, Rod of Iron, and Faith and Trust Foundation
- Trust documents and/or agreements pertaining to Title of Liberty, Rod of Iron, and Faith and Trust Foundation
- Letter of explanation from accountant/financial advisor detailing the entity structure and flow of income (should also clarify inter-company debt such as the $40,000 "loan to practice" from Title of Liberty)
- Evidence of how the prior business loan was paid off (in 2019)

Thank you!
Dan

**Dan Bywater**
Vice President, Specialty Finance Relationship Manager
Ready Capital Corporation
(M) 801-477-7798 (F) 973-577-4970
dan.bywater@readycapital.com
www.readycapital.com

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

This email has been scanned for email related threats and delivered safely by Mimecast.