**From:** Dr. Ryan Ulibarri <RUlibarri@DentistofFortCollins.com>
**To:** larry@tbsolutiongroup.com <larry@tbsolutiongroup.com>;'CESAR A. SANCHEZ' <csloans@msn.com>
**Sent:** 5/11/2020 9:02:03 PM
**Subject:** FW: Building Loan

---

**From:** Greg Wood [mailto:gwood@finservices.com]
**Sent:** Monday, May 11, 2020 2:46 PM
**To:** Ryan Ulibarri
**Subject:** RE: Building Loan

Doctor, I am sorry but Dan's lawyers finally got back to us and they can't get comfortable with how your CPA is taking the expenses for your Trust accounts. He will be returning your deposit this week. Please let me know if you have any questions and sorry this did not work out. Please stay safe!!!

Greg Wood
Group Financial Services
3283 Elk View Drive
Evergreen, CO 80439

O) 1-888-538-0447
M) 1-214-402-4734
F) 1-972-392-9503
Email - gwood@finservices.com

A Complete Financial Resource for the Healthcare Professional

Electronic Privacy Notice. This e-mail, and any attachments, contains information that is, or may be, covered by electronic communications privacy laws, and is also confidential and proprietary in nature. If you are not the intended recipient, please be advised that you are legally prohibited from retaining, using, copying, distributing, or otherwise disclosing this information in any manner. Instead, please reply to the sender that you have received this communication in error, and then immediately delete it. Thank you in advance for your cooperation.

-----Original Message-----
From: Ryan Ulibarri [mailto:rulibarri@dentistoffortcollins.com]
Sent: Friday, April 10, 2020 4:48 PM
To: Greg Wood <gwood@finservices.com>; Dan Bywater <Dan.Bywater@readycapital.com>
Subject:

Greg and Dan,
I'm curious to know if there have been any updates with the loan application? Thank you both.
Ryan

Sent from my iPhone

This email has been scanned for email related threats and delivered safely by Mimecast.