# 020 Principal and Interest Adj Summary - INTEREST

Jurisdiction: Federal | Run Method: IRS Default | Interest To: 06/17/2025

## *Computed Individual Modules*

| Tax ID | Taxpayer | Period | Tax Type | Status | Deficiency Interest | Overpayment Interest | Principal | Total |
|---|---|---|---|---|---|---|---|---|
| ***-**-7369 | Ulibarri, Ryan | 2016/12 | 1040 | O/(O) | 8,883.34 | 0.00 | 16,500.00 | 25,383.34 |
| ***-**-7369 | Ulibarri, Ryan | 2017/12 | 1040 | O/(O) | 88,337.25 | 0.00 | 198,760.00 | 287,097.25 |
| ***-**-7369 | Ulibarri, Ryan | 2018/12 | 1040 | O/(O) | 84,099.58 | 0.00 | 225,682.00 | 309,781.58 |
| ***-**-7369 | Ulibarri, Ryan | 2019/12 | 1040 | O/(O) | 72,433.38 | 0.00 | 231,141.00 | 303,574.38 |
| ***-**-7369 | Ulibarri, Ryan | 2020/12 | 1040 | O/(O) | 38,181.40 | 0.00 | 141,795.00 | 179,976.40 |
| ***-**-7369 | Ulibarri, Ryan | 2021/12 | 1040 | O/(O) | 56,759.18 | 0.00 | 210,055.00 | 266,814.18 |
| ***-**-7369 | Ulibarri, Ryan | 2022/12 | 1040 | O/(O) | 38,023.42 | 0.00 | 258,635.00 | 296,658.42 |
| ***-**-7369 | Ulibarri, Ryan | 2023/12 | 1040 | O/(O) | 15,091.17 | 0.00 | 162,053.00 | 177,144.17 |
| Subtotal 1040 | | | | | 401,808.73 | 0.00 | 1,444,621.00 | 1,846,429.73 |
| Total | | | | | 401,808.73 | 0.00 | 1,444,621.00 | 1,846,429.73 |

## *Computed Modules With Netting*

| Tax ID | Taxpayer | Period | Tax Type | Status | Deficiency Interest | Overpayment Interest | Principal | Total |
|---|---|---|---|---|---|---|---|---|
| ***-**-7369 | Ulibarri, Ryan | 2016/12 | 1040 | O/(O) | 8,883.34 | 0.00 | 16,500.00 | 25,383.34 |
| ***-**-7369 | Ulibarri, Ryan | 2017/12 | 1040 | O/(O) | 88,337.25 | 0.00 | 198,760.00 | 287,097.25 |
| ***-**-7369 | Ulibarri, Ryan | 2018/12 | 1040 | O/(O) | 84,099.58 | 0.00 | 225,682.00 | 309,781.58 |
| ***-**-7369 | Ulibarri, Ryan | 2019/12 | 1040 | O/(O) | 72,433.38 | 0.00 | 231,141.00 | 303,574.38 |
| ***-**-7369 | Ulibarri, Ryan | 2020/12 | 1040 | O/(O) | 38,181.40 | 0.00 | 141,795.00 | 179,976.40 |
| ***-**-7369 | Ulibarri, Ryan | 2021/12 | 1040 | O/(O) | 56,759.18 | 0.00 | 210,055.00 | 266,814.18 |
| ***-**-7369 | Ulibarri, Ryan | 2022/12 | 1040 | O/(O) | 38,023.42 | 0.00 | 258,635.00 | 296,658.42 |
| ***-**-7369 | Ulibarri, Ryan | 2023/12 | 1040 | O/(O) | 15,091.17 | 0.00 | 162,053.00 | 177,144.17 |
| Subtotal 1040 | | | | | 401,808.73 | 0.00 | 1,444,621.00 | 1,846,429.73 |
| Total | | | | | 401,808.73 | 0.00 | 1,444,621.00 | 1,846,429.73 |

**Netting Benefit:** 0.00

Copyright © 1999-2025 Decision Modeling, Inc. www.dmitax.com